IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JAMES UPTHEGROVE,

                                                                          ORDER

                    Plaintiff,

                                                                      07-cv-596-bbc

    v.

HEALTH PROFESSIONALS, LTD.,
And STACY ROSE, R.N.,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      On September 24, 2008, I denied defendants' motion for summary judgment and stayed all further proceedings in this case pending appointment of counsel to represent plaintiff. Now, David Harth, a member of the Wisconsin Bar, has agreed to represent plaintiff, with the understanding that he will serve with no guarantee of compensation for his services. It is this court's intention that the appointment of Mr. Harth to represent plaintiff extend to proceedings in this court only.[1]

---

[1] "Proceedings in this court" include all matters leading up to a final judgment on the merits, the filing of a Notice of Appeal, if appropriate, and ensuring that all steps are taken to transfer the record to the Court of Appeals for the Seventh Circuit.

1

As I told plaintiff in the September 24 order, now that he is represented by counsel, he is to work directly with his lawyer and allow his lawyer to decide which matters are appropriate to bring to the court's attention and in what form.

ORDER

IT IS ORDERED that David Harth is appointed to represent plaintiff in this case. The stay is LIFTED and the clerk of court is requested to set this case on for a status conference as promptly as possible before United States Magistrate Judge Stephen Crocker so that the parties can discuss the best and shortest track for moving this case to resolution.

Entered this 30th day of September, 2008.

BY THE COURT:

/s/
_____
BARBARA B. CRABB
District Judge