# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

JAMES UPTHEGROVE,

        Plaintiff,

   v.

HEALTH PROFFESSIONALS, LTD.,
DR. CULLINAN, DR. ROMANO
and STACY ROSE, RN.,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 07-cv-596-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.

PETER OPPENEER
_____
Peter Oppeneer, Clerk

/s/ S. Vogel              7/24/09
by Deputy Clerk         _____
                                  Date